ORIGINAL

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

---

In re

HARRY & DAVID HOLDINGS, INC.,
a Delaware corporation,

        Debtor.

Employer's Tax Identification No.:
20-0884389

: Chapter 11
:
: Case No. 11-10884 (MFW)

---

In re

HARRY AND DAVID,
an Oregon corporation,

        Debtor.

Employer's Tax Identification No.:
93-0331765

: Chapter 11
:
: Case No. 11-10885 (MFW)

---

In re

HARRY & DAVID OPERATIONS, INC.,
a Delaware corporation,

        Debtor.

Employer's Tax Identification No.:
93-0961427

: Chapter 11
:
: Case No. 11-10886 (MFW)

---

```
----------------------------------------------------------------x
In re                                              :
                                                   :   Chapter 11
BEAR CREEK ORCHARDS, INC.,                         :
a Delaware corporation,                            :   Case No. 11-10887 (MFW)
                                                   :
                        Debtor.                    :
                                                   :
                                                   :
Employer's Tax Identification No.:                 :
93-1167216                                         :
                                                   :
----------------------------------------------------------------x
```

## ORDER AUTHORIZING THE JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Motion of the Debtors for an Order Directing the Joint Administration of Their Chapter 11 Cases (the "Motion"),[1] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) ex-parte relief under Motion is sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

    1.    The Motion is GRANTED.

    2.    The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each

---

[1] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

respective chapter 11 case shall be the file and docket for Harry & David Holdings, Inc. (the "Parent Case"), Case No. 11-10884 (MFW).

3. Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Harry & David Holdings, Inc., *et al.*" The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4. A docket entry shall be made on the docket in each of the above-captioned cases (other than the Parent Case) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Harry & David Holdings, Inc., Harry and David, Harry & David Operations, Inc., and Bear Creek Orchards, Inc. The docket of Harry & David Holdings, Inc., Case No. 11-10884 (MFW), should be consulted for all matters affecting this case.

5. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

Dated: March 29, 2011
Wilmington, Delaware

THE HONORABLE MARY F. WALRATH
UNITED STATES BANKRUPTCY JUDGE

# **EXHIBIT 1**

CHI-1785163v6
RLF1 3955456v. 1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

---------------------------------------------------------------x
                                                               :
In re                                                          : Chapter 11
                                                               :
HARRY & DAVID HOLDINGS, INC, *et al.*,[1]                      : Case No. 11-10884 (MFW)
                                                               :
        Debtors.         : (Jointly Administered)
                                                               :
---------------------------------------------------------------x

**[TITLE OF PLEADING OR OTHER DOCUMENT]**

---

[1]     The Debtors are the following four entities (the last four digits of their respective taxpayer identification numbers, if any, follow in parentheses): Harry & David Holdings, Inc. (4389); Harry and David (1765); Harry & David Operations, Inc. (1427); Bear Creek Orchards, Inc. (7216). The address of each of the Debtors is 2500 South Pacific Highway, Medford, Oregon 97501.

CHI-1785163v6
RLF1 3955456v. 1